IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| WILLIAM R. LINS | * |
| Plaintiff, | * |
| v. | *   Case No. ELH-17-2163 |
| UNITED STATES OF AMERICA | * |
| Defendant. | * |

\* \* \* \* \* \* \* \* \* \* \* \* \* \*

## MOTION TO DISMISS

The United States of America, by and through undersigned counsel, hereby moves, pursuant to Fed. R. Civ. P. 12(b)(1), to dismiss all claims brought in Counts I and II against it in the Complaint. The grounds supporting this Motion are set forth in detail in the accompanying memorandum of law.

WHEREFORE, the United States respectfully requests that the Court dismiss all claims brought in Counts I and II against it.

Respectfully submitted,

Stephen M. Schenning
Acting United States Attorney

_____/s/_____
Roann Nichols
Assistant United States Attorney
36 S. Charles Street, 4th Floor
Baltimore, Maryland 21201
410-209-4827
Roann.Nichols@usdoj.gov

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 6th day of November 2017 that a copy of the foregoing *Motion to Dismiss* has been electronically filed with the Clerk of Court and served on all registered parties via CM/ECF.

/s/
Roann Nichols
Assistant United States Attorney