FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND

2019 SEP 24   PM 5: 46

CLERK'S OFFICE
AT BALTIMORE

BY_____DEPUTY

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

WILLIAM R. LINS,

    *Plaintiffs,*

v.

UNITED STATES OF AMERICA,

    *Defendant.*

Civil Action No. ELH-17-2163

## ORDER

For the reasons set forth in the Memorandum Opinion of this Court dated May 10, 2018 and upon consideration of ECF 31, (ECF 22), it is, by the United States District Court for the District of Maryland, **ORDERED**:

1)  The United States' Motion to Dismiss (ECF 9) is GRANTED; and

2)  This case is DISMISSED, with prejudice.

_____/s/_____
Ellen L. Hollander
Ellen Lipton Hollander
United States District Judge

9/24/19