# Manuel N. Pacheco, M.D.

23 March 2022

This serves as formal provision of my fee schedule. $500 an hour for document/medical records review, telephone/zoom/in person conferences, and document preparation.

Following an agreement to review a matter, an initial retainer of $1000 is due prior to any further work on that matter.

Depositions and courtroom appearances are billed at either four or eight hour increments at the rate of $500 an hour.  Time for depositions or courtroom appearances in excess of previously scheduled times will be billed in one-hour increments at $500 an hour. A retainer for all hours scheduled is due no later than one week prior to scheduled depositions or court appearance.

Cancellation of depositions or court appearances with less than 24 hours advance notice will still be billed at the original time scheduled. Cancellation greater than 24 hours and up to 72 hours in advance will result in half of the original scheduled time still being billed for.  Cancellation greater than 72 hours in advance will not result in any time being billed.

If travel is required for depositions or courtroom appearances, ancillary expenses incurred such as taxi/rideshare fares, parking fees, airfare, baggage fees, driving time, lodging, and meals will be billed at actual cost. Driving time will be billed at customary federal rates per mile

Expectations for reimbursement are at a maximum of 60 days.

Failure to abide by this fee schedule may result in withdrawal from a case.


Regards,

*[signature: Manuel Pacheco, MD]*

Manuel N Pacheco, MD, FACLP, DFAPA


I the undersigned understand and agree to all the terms as delineated above. Please return signed copy to Dr. Pacheco:

_____**DATE** _____
**Attorney or firm representative (signatory shall have the power to bind the law firm with regard to this contract)**


*Verba volent, scripta manent.*

58 Day Street #440304   -   Somerville, Massachusetts 02144
617 – 872 – 6522 Voice  - 617 – 876 – 9998 Fax
mannypacheco@gmail.com